Amy R. Alpern, OSB No. 840244
aalpern@littler.com
Neil N. Olsen, OSB No. 053378
nolsen@littler.com
LITTLER MENDELSON, P.C.
1750 SW Harbor Way
Suite 450
Portland, OR  97201
Telephone:  503.221.0309
Facsimile:  503.226.2791

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SARINYA REABROY,<br><br>                  Plaintiff,<br><br>        vs.<br><br>*TYPHOON!*, INC., STEVE KLINE and BO KLINE,<br><br>                  Defendants. | CV 08-1178-HA<br><br>**DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY ACTION PENDING ARBITRATION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

**LR 7.1 CERTIFICATION**

Defendants' counsel hereby certifies that the parties, through a telephone conference and written correspondence between counsel, made a good faith, but unsuccessful, effort to resolve the issue raised in this Motion.

**MOTION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, Defendants *Typhoon!*, Inc., Steve Kline, and Bo Kline, move for an order (1) compelling Ms. Reabroy to arbitrate her claims

in accordance with her Employment Agreement with *Typhoon!*; and (2) dismissing this action,

or, in the alternative, staying it pending arbitration.

This Motion is supported by the accompanying Memorandum in Support and

Declarations of Stephen E. Kline and Chanukrit "Oat" Thienkalaya.


Dated:  October 28, 2008

                                        Respectfully submitted,

                                        LITTLER MENDELSON, P.C.


                                         /s/ Amy R. Alpern_____
                                        Amy R. Alpern, OSB No. 840244
                                        alpern@littler.com
                                        Neil N. Olsen, OSB No. 053378
                                        nolsen@littler.com

                                        Attorneys for Defendants


PAGE 2 – DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND TO DISMISS OR STAY ACTION
PENDING ARBITRATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2008, I served a full, true and correct copy of

the foregoing DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO

DISMISS OR STAY ACTION PENDING ARBITRATION, via the Court's CM/ECF

system, on:

>Beth Creighton
>Steenson, Schumann, Tewksbury
>  Creighton & Rose, P.C.
>500 Yamhill Plaza Building
>815 SW Second Avenue
>Portland, OR  97204

>Of Attorneys for Plaintiff


>By  /s/ Amy R. Alpern
>      Amy R. Alpern


Firmwide:87204863.1 061118.1001


PAGE 3 – DEFENDANTS' MOTION TO COMPEL
ARBITRATION AND TO DISMISS OR STAY ACTION
PENDING ARBITRATION

**Littler Mendelson, PC**
1750 SW Harbor Way, Suite 450
Portland, OR  97201
Telephone (503) 221-0309
Facsimile (503) 242-2457