CREIGHTON
& ROSE, PC    ATTORNEYS
AT LAW

500 Yamhill Plaza Building
815 SW Second Avenue
Portland, OR 97204-3026
P. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

June 14, 2011

Hon Ancer L Haggerty
US District Court Judge
1307 US Courthouse
1000 SW 3rd Ave
Portland OR  97204

> Re:    Reabroy v. Typhoon!, Steve and Bo Kline
>        Case No. CV 08-1178-HA

Dear Judge Haggerty,

We are writing to inform you that the parties have completed testimony and had closing arguments in the arbitration.  There is currently an opposed motion to reopen the hearing pending and we have yet to have a decision by the arbitrators on the merits of the claims.

Please feel free to contact us, should you require further information.

Sincerely,

BETH CREIGHTON                    AMY ALPERN

c:    Clients


BETH CREIGHTON
MICHAEL E. ROSE
J. ASHLEE ALBIES
GAIL STEVENS
MICHAEL SCHUMANN,
OF COUNSEL