Beth Creighton    OSB #97244
E-mail: *beth@civilrightspdx.com*
Michael E. Rose OSB #75322
E-mail: *mrose@civilrightspdx.com*
CREIGHTON & ROSE, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SARINYA REABROY, | Case No. CV 08-1178-HA |
| Claimant, | **APPLICATION FOR AN ORDER CONFIRMING ARBITRATION AWARD** |
| vs. | |
| *TYPHOON!*, INC., STEVE KLINE and BO KLINE, | |
| Respondents. | |

Claimant Sarinya Reabroy informs the court:

1.

She is the claimant identified in the attached Arbitration award dated 6 July, 2011.

2.

*Typhoon!*, Inc., Steve Kline and Bo Kline, are the respondents identified in the aforementioned award.

3.

Claimant requests an order pursuant to 9 USC §§9 and 13 confirming the attached

PAGE 1 – PLAINTIFF'S APPLICATION FOR AN ORDER
CONFIRMING ARBITRATION AWARD

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com

arbitration award together with a money judgment in the amount of the award, dated *nunc pro tunc* to 6 July, 2011.

4.

Claimant advises the court that she will file a supplemental application for an order confirming the award of attorney fees once a fee and cost award has been rendered.

Dated  August 10, 2011

                                                        /s/ Beth Creighton
                                                        BETH CREIGHTON, OSB #97244
                                                        Telephone: 503 221-1792
                                                        Of Attorneys for Plaintiff

PAGE 2 – PLAINTIFF'S APPLICATION FOR AN ORDER CONFIRMING ARBITRATION AWARD

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com