Beth Creighton    OSB #97244
E-mail: *beth@civilrightspdx.com*
Michael E. Rose OSB #75322
E-mail: *mrose@civilrightspdx.com*
CREIGHTON & ROSE, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516
Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SARINYA REABROY, | Case No. CV 08-1178-HA |
| Plaintiff, | |
| | **ORDER AND JUDGMENT** |
| vs. | |
| *TYPHOON!*, INC., STEVE KLINE and BO KLINE, | |
| Defendants. | |

This matter came before the Honorable Ancer Haggerty, on the plaintiff's Application for an Order Confirming Arbitration Award. After considering the affidavits, declarations, and written briefs the Court orders that:

Plaintiff's Application for an Order Confirming the Arbitration Award is Granted.

Defendant *Typhoon! Inc.* is ordered to pay the following:

1) $18,150.74, plus 9% interest (and pre-judgment interest on the $7,714.12 in overtime wages)

CREIGHTON
& ROSE, PC   ATTORNEYS
AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com

2) $196,469.38, plus 9% interest as of July 6, 2011 for fees and costs, with Steve and Bo

Kline being liable for $73,200 of the fees and costs (plus 9% interest) awarded against debtor

*Typhoon! Inc.*

It is further ordered that interest accrues at 9% on all unpaid amounts of this award until

paid in full.

It is So Ordered, this __25__ day of January, 2012

_____
ANCER L. HAGGERTY
United States District Judge

Presented by:
Beth Creighton
CREIGHTON & ROSE, PC
815 SW Second Ave, Suite 500
Portland OR 97204
beth@civilrightspdx.com

CREIGHTON    ATTORNEYS
&ROSE, PC    AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com