Beth Creighton   OSB #97244
E-mail: beth@civilrightspdx.com
Michael E. Rose OSB #75322
E-mail: mrose@civilrightspdx.com
CREIGHTON & ROSE, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARINYA REABROY,<br><br>          Plaintiff,<br><br>vs.<br><br>*TYPHOON!*, INC., STEVE KLINE<br>and BO KLINE,<br><br>          Defendants. | Case No. CV 08-1178-HA<br><br>**PARTIAL SATISFACTION<br>OF JUDGMENT** |

Plaintiff Sarinya Reabroy hereby acknowledges partial satisfaction of the judgment rendered in the above action.  $171,652.06 of the fees and costs, plus interest have been paid as of January 26, 2012.  The following amounts are still outstanding:

1)   against Typhoon $18,150.74, plus 9% interest from July 6, 2011 until paid (and

      prejudgment interest on the $7,714.12 in overtime wages) and

//

//

PAGE 1 – PARTIAL SATISFACTION OF JUDGMENT

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com

2)   against Steven and Bo Kline $34,000 in fees and costs plus 9% interest from

January 27, 2011 until paid.

Dated this 3rd day of February, 2012

/s/ Beth Creighton
BETH CREIGHTON, OSB #97244
Telephone: 503 221-1792
Of Attorneys for Plaintiff

PAGE 2 – PARTIAL SATISFACTION OF JUDGMENT

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com